**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 18-714 |
| : | |
| JAMES TRIANO : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Catherine R. Murphy, Assistant United States Attorney), and defendant James Triano (by Stacy Ann Biancamano, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including April 1, 2020, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to continue plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and six prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) Both the United States and the defendant seek additional time to continue plea negotiations, which would render any subsequent trial of this matter unnecessary;

(3) The defendant has consented to the aforementioned continuance;

(4) The grant of a continuance likely will conserve judicial resources; and;

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 28th day of January, 2020;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including April 1, 2020; and it is further

ORDERED that the period from the date this Order is signed through and including April 1, 2020, and shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE KEVIN MCNULTY
United States District Judge

Consented and Agreed to by:

/s/ Catherine R. Murphy
Catherine R. Murphy
Assistant U.S. Attorney

Stacy Ann Biancamano, Esq.
Counsel for Defendant James Triano

3